IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS E. DOYLE, JR.**, | ) CIVIL ACTION NO. 20-1293 |
| Plaintiff, | ) |
| v. | ) |
| **SENNECA HOLDINGS, INC.**, | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW this 27th day of April, 2022, for the reasons set forth in the accompanying opinion, it is hereby ORDERED that Doyle's objections to the R&R (ECF No. 42) are denied and Senneca's objections to the R&R (ECF No. 43) are granted. The magistrate judge's R&R dated March 9, 2022 (ECF No. 41) is adopted in part with respect to the retaliation claim, as supplemented in the accompanying opinion, and rejected in part with respect to the failure to accommodate claim, for the reasons set forth in the accompanying opinion. Senneca's motion for summary judgment (ECF No. 31) is granted in its entirety. The case shall be marked closed.

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge